

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00079-CV

Sharon **MARKEY**,
Appellant

v.

Nieva Mae **MARKEY**, Individually and as Independent Executrix of the Estate of Sean Markey,
Deceased, and as Next Friend of Dylan Markey, Riley Markey, Tyler Markey, and Kolby
Markey, Minor Children,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-292
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
appeal are taxed against appellant.

SIGNED April 28, 2021.

_____
Liza A. Rodriguez, Justice